**Federico GONZÁLEZ–LARTIGUE,
Plaintiff, Appellant,**

v.

**Togo D. WEST, Jr., Secretary of the
Department of Veterans Affairs,
Defendant, Appellee.**

No. 01–1199.

United States Court of Appeals,
First Circuit.

Dec. 20, 2001.

Elaine Rodríguez–Frank, for appellant.

Lisa Bhatia Gautier, Assistant U.S. Attorney, with whom Guillermo Gil, United States Attorney, Miguel A. Fernández, Assistant U.S. Attorney, Chief, Civil Division, and Fidel A. Sevillano, Assistant U .S. Attorney, were on brief, for appellee.

Before TORRUELLA, Circuit Judge, KRAVITCH,* Senior Circuit Judge, and LYNCH, Circuit Judge.

PER CURIAM.

Appellant Federico González–Lartigue challenges the district court's order granting summary judgment on his claim against the Department of Veterans Affairs for national origin discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*

In a thoughtful and rigorous opinion, the district court concluded that González La-

* Of the Eleventh Circuit, sitting by designation.

rtigue had failed to adduce evidence that the employer's proffered explanation for the employment decision was false or that the employer harbored a discriminatory animus against persons of Puerto Rican ancestry. *González–Lartigue v. West,* 124 F.Supp.2d 125, 131–34 (D.P.R.2000). We agree with the district court and have nothing to add to . the thorough analysis presented in the district court's opinion.

*Affirmed.*